NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TEXAS HOLD'EM, LLC, and SQUEEZE
ME INN, LLC,

        Petitioners,

v.

TOWN OF FORT MYERS BEACH,

        Respondent.

Case No. 2D18-3603

Opinion filed February 8, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Lee County; John E. Duryea, Jr.,
Judge.

Amy Taylor Petrick and Andrew J.
Baumann of Lewis Longman & Walker,
P.A., West Palm Beach, for Petitioners.

Martha Collins of Collins Law Group,
Tampa, for Respondent.

PER CURIAM.

        Denied.

CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.